# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL E. WELU  
526 KRENZ AVENUE  
CARY, IL  60013

SSN-xxx-xx-2181

Case Number: 07-72674

Case filed on: 11/1/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,315.10     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DOUGLAS W WORRELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL E. WELU | 0.00 | 0.00 | 1,315.10 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,315.10 | 0.00 |
|  | Grand Total: | 0.00 | 0.00 | 1,315.10 | 0.00 |

Total Paid Claimant:   $1,315.10  
Trustee Allowance:   $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008         By  /s/Heather M. Fagan